

DENNIS KERR
TERRY KERR
580 ASWAN STREET
SPARKS, NEVADA,89441
208-520-7266
PRO-SE PLAINTIFFS

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

DENNIS KERR AND TERRY KERR,           )
    PLAINTIFFS,                       )
    -V-                               )   CASE NO. 3:15-CV-00306-MMD-WGC
                                      )
BANK OF AMERICA N.A.,ZION BANK        )   AMENDED COMPLAINT
N.A.,NATIONSTAR MORTGAGE LLC,         )
TRUSTEE CORPS,SENECA MORTGAGE         )
SERVICING LLC,ROBINSON TAIT PS        )
AKERMAN LLP NEVADA, AKERMAN LLP       )
UTAH,QUINNEY NEBEKER PC,POOR,         )
ROTH,ROBINSON,PC,RCO LEGAL PC.        )
                                      )
    DEFENDANTS.                       )
_____     )

### AMENDED COMPLAINT

COMES NOW PLAINTIFFS PRO-SE DENNIS KERR AND TERRY KERR

WITH THEIR AMENDED COMPLAINT AGAINST DEFENDANTS BANK OF AMERICA

N.A.,ZION BANK N.A., NATIONSTAR MORTGAGE LLC, TRUSTEE CORPS,

SENACA MORTGAGE SERVICING LLC, ROBINSON TAIT PS, AKERMAN LLP

NEVADA, AKERMAN LLP,UTAH, QUINNEY NEBEKER PC, POOR ROTH AND

ROBINSON,PC, AND RCO LEGAL PC.

### INTRODUCTION

THIS IS A LAWSUIT ABOUT RACKETEER INFLUENCED AND CORUPT

ORGANIZATION VIOLATIONS. THERE IS VIOLATIONS OF THE SERVICE

MEMBERS CIVIL RELIEF ACT, THERE IS EXTREME EMOTIONAL DISTRESS

WITH A SMEAR CAMPAIGN OF BELITTLEMENT, DEGRIDATION, AND LIBEL

SLANDER. THERE IS A CONSPIRACY BETWEEN THE DEFENDANTS TO DO
VIOLATIONS OF DECEPTIVE PRACTICES, AND VIOLATIONS OF CONSUMER
PROTECTIONS. THIS CONSPIRACY BETWEEN THE DEFENDANTS WAS TO
PURPOSELY ACCOMPLISH A LAWFULL OBJECTIVE IN A UNLAWFULL MANNER.
THESE BAD FAITH MISCONDUCT PRACTICES ARE TO DESTROY THE KERR
FAMILY, AND EVEN THIER FRIENDS. THERE WAS MAIL FRAUD AND EVEN
CLERK OF THE COURT FRAUD. THERE IS A CASH BOUNTY OFFERED FOR
THE DEATH OF PLAINTIFF TERRY KERR. THE CEO OF BANK OF AMERICA
DID PERSONALLY GO TO IDAHO FALLS, IDAHO AND DID COMPLAIN TO
THE SHERIFFS OFFICE ABOUT NOT SERVING THE EVICTION AND THE SALE
OF HIS HOUSE FAST ENOUGH. THE CEO BRIAN MONYHAN DID THIS WITH
A COUPLE OF LAWYERS AND THE PLAINTIFF TERRY KERR WAS TOLD ABOUT
IT. BANK OF AMERICA DID PAY TO HAVE PLAINTIFF TERRY KERR KILLED
IN THE ST. VINCENT HOSPITAL IN BILLINGS, MONTANA. HE DID SURVIVE
AND DID FILE A LAWSUIT. BANK OF AMERICA DID DO A SETTLEMENT, BUT
ST. VINCENT IS STILL NOT SETTLED THE CASE. ALL WILL BE PUT IN
THE AMENDED COMPLAINT AS THE JUDGE SAID TO INCLUDE ALL CLAIMS,
FACTUAL ALLEGATIONS, DEFENDANTS,AND THE PLAINTIFFS WILL STATE
THE TIME, THE PLACE, THE SPECIFIC CONTENT, THE SPECIFIC ACTIONS
THE WHO,WHAT, WHY, WHERE, AND ALL DETAILS OF THE VIOLATIONS AS
REQUIRED IN 18 USC 1964(C) FOR PERSONS BEING INJURED IN BUSINESS
OR PROPERTY BY REASON OF THE VIOLATIONS. THE PLAINTIFFS WILL SHOW
THE CONDUCT, OF THE ENTERPRIZE THROUGH THE PATTERN OF RACKETEER-
ING KNOWN AS PREDICATE ACTS, CAUSING THE INJURY TO THE PLAINTIFFS
BUSINESS AND PROPERTY, AND IDENTIFY WITH FACTS AND EXHIBITS OF
PROOF THE SPECIFIC VIOLATIONS AND THE IDENTIES OF THE PARTIES
THAT DID THE VIOLATIONS!

## JURISDICTION

THIS IS A CIVIL ACTION THAT FALLS UNDER THE COURTS ORIGINAL JURISDICTION UNDER 28 U.S.C. 1331 (FEDERAL QUESTION) THE CASE ALLEGES VIOLATIONS OF SERVICE MEMBERS CIVIL RELIEF ACT VIOLATION OF DECEPTIVE PRACTICES, VIOLATIONS OF FAIR DEBT COLLECTIONS ACT, INTENTIONAL EMOTIONAL DISTRESS, INTENTIONAL FINANCIAL DISTRESS, LIBEL SLANDER, BELITTLEMENT, DEGRADATION, THERE ARE VIOLATIONS OF THE INSURANCE LAWS, THERE IS RACKETEER INFLUNENCED AND CORUPT ORGANIZATION ACT, THERE ARE VIOLATIONS IN THE TRUTH AND LENDING ACT, THERE IS DEFAMEATION, A MURDER CONTRACT, BREECH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING, THERE IS EXTREME PERSON INJURY RESULTING FROM THE MURDER CONTRACT, AND THE UNJUST INRICHMENT FROM THE BOUNTY ON PLAINTIFFS AND THERE FAMILIES AND FRIENDS. A MOTION FOR A RESTRAINING ORDER WILL BE THE FIRST MOTION FILED BY THE PLAINTIFFS.

## FACTUAL ALEGATIONS

THE PLAINTIFFS ARE ENTITLED TO RELIEF BECAUSE OF THE DEFENDANTS CONSPIRACY TO DESTROY THE FAMILY, ESPECIALLY PLAINTIFF TERRY KERR. BANK OF AMERICA CEO WANTS TERRY KERR DESTROYED AND TAKE NO PRISONERS KIND OF WAR. COME ON FOLKS CEO BRIAN MONYHAN RECENTLY HAD A STOCKHOLDER MEETING TO REPLACE HIM. AFTER ALL THERE WAS THE 20 BILLION DOLLAR FINE IN THE HOUSING CRIME FOR DEFECTIVE PRACTICES, MORE PEOPLE COMMITTED SUICIDE OVER BANK OF AMERICA STEELING THIER HOMES THAN SOLDIERS THAT DIED IN THE IRAQ WAR. THEN BANK OF AMERICA PAID A 380 MILLION FINE FOR THE SERVICE MEMBERS RELIEF ACT VIOLATIONS, THEN BANK OF AMERICA PAID 490 MILLION FOR THE QBE INSURANCE SCAM, THEN BANK OF AMERICA PAID

3

800 MILLION FOR THE WRONGFULL FEES VIOLATIONS, ETC. ETC. ETC.
THE STOCKHOLDERS DID NOT REPLACE HIM THOUGH CAUSE OF ALL THE
PROFITS MADE FROM THE ILLEGAL VENTURES. GREED OVERCAME ETHICS
AND ONE WONDERS WHY THE COMPTROLLER OF CURRENCY AND THE BOARD
OF GOVERNORS OF THE FEDERAL RESERVE DID NOT TAKE AWAY THIER
LIENCE TO DO BANKING? BANK OF AMERICA JUST BUYS OFF EVERYONE!
THE CONTRACT PUT ON TERRY KERR'S HEAD IS SIMILIAR TO HERROD
HAVING JOHN THE BABTIST KILLED AND HIS HEAD PUT ON A PLATE
AT THE BANQUET HALL PARTY. TERRY KERR'S BLOODY SHEETS AND
BLOODY BLANKETS WERE SOLD AT THE PARTY HELD FOR HIS DEATH,
BUT HE DID SURVIVE WITH GRIEVIOUS INJURIES. THE ROMAN EMPIRE
FELL SOON AFTER AND SO WILL THE UNITED STATES WHEN THERE IS
NO CRIMES THAT THE PEOPLE WITH THE GOLD CAN BE HELD FOR. THE
NEW GOLDEN RULE, THOSE WHO HAVE THE GOLD RULE. AS MARTIN LUTHER
KING SAID JUST BEFORE THEY MURDERED HIM, ( WHEN THERE IS
INJUSTICE ANYWHERE THERE WILL BE INJUSTICE EVERYWHERE), AND
THAT IS THE CURRENT STATE OF DEMOCRACY IN THE UNITED STATES.
NO ONE IS HELD ACCOUNTABLE FOR THEIR ACTIONS, YOUNG BLACK CHILD-
REN HOLDING A BAG OF SKETTELS ARE KILLED AND NOTHING CAN BE DONE
ABOUT IT. IT HAPPENS ALMOST EVERYDAY NOW, AND CEO'S CAN HAVE
A PERSON KILLED FOR SPORT, AND THERE IS NO JUSTICE CAUSE EVERYONE
CAN BE BOUGHT OFF. THE PERSON WHO TELLS THE TRUTH MUST DIE LIKE
JOHN THE BABTIST TYPES CAUSE THE SHEEP PEOPLE CANNOT KNOW THE
TRUTH AND THE FACTS! AMAN.

## FACTUAL ALLEGATIONS

WHAT HAPPENED TO THE PLAINTIFFS WAS A COMPLETE AFFRONT TO
THE JUSTICE SYSTEM! THIS COULD ONLY HAPPEN IN A(CULTURE OF
CORPTION SOCIETY). THE PLAINTIFF DENNIS KERR BOUGHT THE HOUSE

WITH A MORTGAGE FROM COUNTRYWIDE MORTGAGE COMPANY. EVERY THING
WAS FINE TILL BANK OF AMERICA TOOK OVER. BANK OF AMERICA WAS TO
DO NEW MODIFICATION LOANS WITH THE COUNTRYWIDE HOME OWNERS. BANK
OF AMERICA HOWEVER JUST STOLE THE HOUSES USING DECEPTIVE PRACT-
ICES AND CORPTION. THE MODIFICATION LOAN FOR DENNIS KERR WAS
TO BE LOWER THAN THE CURRECT PAYMENT, BUT JUST LIKE MANY THOUSAND
MORE THE BANK OF AMERICA DID FRAUD AND MADE THE PAYM,ENTS SO
OUTRAGEOUS HIGH THAT THE HOME OWNERS LOST THERE HOMES. DENNIS
KERR PAYMENTS WENT FROM 1434 DOLLARS PER MONTH TO 2950 DOLLARS
PER MONTH, MORE THAN HE MADE. THEN THE BANK OF AMERICA SAID THAT
HE SIGNED THE PAPERS FOR THE INCREASE IN THE BATTLEFIELDS IN IRAQ
BUT THERE ARE NO PROCESS SERVERS IN IRAQ, AND THIER WAS THE
SERVICE MEMBERS CIVIL RELIEF ACT, ANF THE ECONOMIC RECOVERY ACT
OF 2008 THAT PUT TEETH INTO THE CIVIL RELIEF ACT CAISE OF ALL THE
WRONGDOING BY THE MORTGAGE COMPANIES, THE 380 MILLION DOLLAR FINE
PAID FOR BY BANK OF AMERICA FOR THE VIOLATIONS IN THE CIVIL SER-
VICE MEMBERS ACT. DENNIS KERR DID SIGN OVER POWER OF ATTORNEY TO
HIS FATHER TERRY KERR, AND TERRY KERR STILL DOES HAVE POWER OF
ATTORNEY IN THE ASWAN HOUSE ADVENTURE. SO WHEN THE BANK OF AMER-
ICA DID THE SALE OF THE HOUSE TERRY KERR DID FILE SUIT AND IT
HAS WENT ON FOR YEARS. WHAT DID HAPPEN WAS THAT TERRY KERR DID
PUT IN TO ONE OF THE BRIEFS THAT IF THERE WAS ANY JUSTICE THAT
HE WOULD WIN THE 30 MILLION DOLLAR SUIT AND HE WOULD GET THE
HEADQUARTERS IN CHARLSTON, SOUTH CAROLINA AND HE WOULD BULLDOSE
THE BUILDINGS TO THE GROUND AND PUT A FORCLOSED SIGN FLAG ON TOP
OF THE BULLDOZED BUILDING HEADQUARTERS. WELL, THIS DID PISS OFF
THE EGO CRAZED, POWER CRAZED CEO BRIAN MONYHAN AND HE SET OUT
TO QUASH THE LITTLE CREATURE WHO THOUGH THAT THERE IS STILL A

CHANCE THAT ALL JUSTICE WAS NOT LOST IN THE UNITED STATES OF
AMERICA. HOWEVER THE COMPTROLLER FOR THE NATIONAL BANKS N.A.,
AND THE FEDERAL RESERVE BOARD OF GOVERNORS AGREED WITH HIM AND
HE GOT A CASH PAYMENT FROM THE BANK OF AMERICA AFTER THE INDE-
PENDANT FORCLOSEURE REVIEW PEOPLE RULED IN DENNIS KERR'S FAVOR
AND ALSO INFAVOR OF A COUPLE OF TERRY KERRS FRIENDS WHO HAD THE
SAME PROBLEMS. THEN TERRY KERR WON THE LAWSUIT AGAINST BANK OF
AMERICA FOR WRONGFULL FEES, AND THE CASE AGAINST THE BANK OF
AMERICA FOR TRYING TO STEAL THE HOUSE OF DENNIS KERR WAS STILL
GOING ON. PLAINTIFF TERRY KERR HAD A SMALL BLOOD CLOT IN HIS
LOWER LEG AND THE BANK OF AMERICA LAWYER AMBER DINA FOUND OUT
CAUSE HE HAD TO RESET A HEARING THAT BANK OF AMERICA LAWYER
AMBER DINA WAS TO ATTEND. BANK OF AMERICA ATTORNEY AMBER DINA
THEN GOT AHOLD OF RISK MAGAGEMENT DIRECTOR AT THE HOSPITAL AND
SET UP THE KILL ON TERRY KERR, BUT ONCE AGAIN TERRY KERR DID
SURVIVE. WHEN TERRY KERR DOES HIS AFFIDAVIT TO THE COURT HE WILL
LIST THE 55 TIMES HE DIED , SHOULD OF DIED, OR COULD HAVE DIED,
TO SHOW THAT THE SMEAR CAMPAIGN AGAINST HIM IS JUST LIES, CAUSE
A PERSON COULD NOT DIE THAT AMNY TIMES AND COME BACK WITH OUT
SOME KIND OF DIVINE HELP. TRUELY A GARDIAN ANGLE STORY. PROVES
THE DEFAMEATION FACTS THOUGH. SO THEN THE BANK OF AMERICA STEALS
THE INSURANCE CHECK AND NEVER PAYS THE CONTRACTOR, THAN THE BANK
OF AMERICA PAYS AVCO FINANCE TO STEAL THE HOUSE THROUGH A WRONG
FULL TRUSTEE SALE, BUT THE NOTICE OF PENDANCY OF ACTION LIST
PENDANS FILING DID SAVE THE HOUSE AGAIN., AND AVCO DOES A VALID
RECONVEYANCE DEED. SO NOW BANK OF AMERICA DOES ANOTHER TRUSTEE
SALE AND GIVIES THE HOUSE OVER TO SENACA SERVICING TO DO THE
DIRTY WORK. SENACA MORTGAGE SERVICING HAS THE WORST RECORD IN THE
MORTGAGE SERVICING .

OF COURSE THIS IS JUST WHAT THE RACKETEER INFLUNENCED AND CORPT
ORGANIZATION BANK OF AMERICA WANTS. SENACA WILL DO ANYTHING FOR
THE ALL MIGHTY DOLLAR AND THE PAYOFF IS ON AGAIN. MEANWHILE
AT THE SAME TIME TERRY KERR HOUSES IN IDAHO ARE SUDDENLY BOTH
HAVING TRUSTEE SALES. ONE IS A JUDICIAL FORCLOUSURE SALE TO BE
DONE BY THE SHERIFFS OFFICE AFTER A BOUGHT OFF JUDGE ORDERS A
VALID RECONVEYANCE DEED THAT HAS BEEN LEGAL FOR 9 YEARS TO BE
INVALID. THEN ORDERS THE CLERKS OFFICE TO CHANGE THE DATE ON THE
LAWYERS CASE SO THAT A DEFAULT JUDGEMENT IS INVALIDATED, AND AT
THE SAME TIME THE LAWYER FOR THE HOSPITAL DOES A DEFAULT JUDGE
MENT AGAINST THE CASE TERRY KERR HAS AGAINST THE HOSPITAL. THE
JUDGE SAYS THERE IS NO SUCH THING THAT HE IS ASKING FOR AND ISSUE
AN ORDER ABOUT IT AND WHAT TO HAPPEN NEXT. BUT THE CLERK OF THE
COURT DOES NOT SEND THE ORDER TO TERRY KERR AND A LONG TIME LATER
WHEN TERRY KERR ASKS WHAT IS THE STATUS THEY TELL HIM AND HE SAYS
I NEVER RECIEVED THE ORDER, THEN THE CLERK OF THE COURT SENDS THE
ORDER TO HIM BUT DOES NOT PUT THE RIGHT AMOUNT OF STAMP ON IT
AND IT GETS TO HIM AFTER THE TIME TO DO WHAT THE ORDER SAYS.
MEANWHILE THE ORDER FROM THE COURT IN THE HOUSE CASE GETS SENT
BUT IT ALSO NEVER GETS TO HIM AND THAT CASE IS CLOSED AND THE
TIME TO APPEAL IS OVER. THEN HE DOES AN PLAINTIFFS REPLY BRIEF
AND IT IS SENT OVERNIGHT WITH TRACKING NUMBER AND IT IS LOST,
IT IS FOUND 14 DAYS AFTER IT WAS TO BE FILED AND WAS NOT ALOWED.
SO MUCH FOR JUSTICE. THEN THE LAWYER FOR THE HOSPITAL FINDS OUT
ABOUT THE TRUSTEE SALE TO BE HAD ON THE OTHER HOME OWNED BY
TERRY KERR AND HAS HIS PARTNERS KID IN SEATTLE DO THE FORCLOSURE
AND GET IN ON THE BANK OF AMERICA GRAVY TRAIN FOR DESTROYING
PLAINTIFF TERRY KERR. THEN THERE ARE THE HARRASMENT CALLS FROM

7

FROM BOUGUS CREDITORS AND VIAGRA SALESMEN FROM INDIA AND HIS
WIFE GETS STOPPED EVERY TIME SHE GOES INTO A STORE AND HIS HIGH
SCHOOL KID GETS AN F IN BAND FROM A TEACHER WHO CALLS HIM STUPID
IN BAND CLASS THEN ALL THE OTHER GANG UP ON HIM. THEN THE WIFE
WHO IS 60 YEARS OLD GETS SECURITY AT A CASINO TO SAY SHE IS
ACTING LIKE A PROSTITUTE AND FORBIDS HER TO HAVE A DRINK ETC.
TERRY KERR'S WIFE AND KID ALSO HAVE THE BOUTY ON THIER HEAD,
BUT THEY CAN MAKE MORE MONEY FROM BANK OF AMERICA IF THEY CAN
GET THE KERR'S TO COMMIT SUIVIDE. ISIS SHOULD TAKE LESSONS FROM
BANK OF AMERICA ON WAYS TO KILL PEOPLE AND GET AWAY WITH IT.
BANK OF AMERICA DOES NOT HAVE TO WORRY THOUGH CAUSE THEY HAVE
EVERYONE IN THIER POCKET. THOSE WHO HAVE THE GOLD RULE!

THE PLAINTIFFS CAN PROVE THE CLAIMS DESCRIBED AND ARE
ENTITLED TO RELIEF. THE ACTIONS AND PRACTICES DESCRIBED ARE SO
UNCONSCIONABLE AND DONE IN SUCH BAD FAITH MISCONDUCT WITH THE
OBJECTIVE TO DO UNLAWFULL ACTIONS AND GET LAWFULL RESULTS, THE
STEALING OF THE PLAINTIFFS HOMES AND THE PURPOSEFULL INJURING
AND HARMIMG OF THE PALINTIFFS FRO SPORT AND FOR PROFIT. THE PLAIN
TIFFS BELIEVE THAT THE EGREIOUS AND UNSCRUPULOUS CIVIL AND
CRIMINAL RACKETEERING COUPLED WITH THE RACIAL ANIMUS IS A
COMPLETE AFFRONT TO THE JUSTICE SYSTEM AND DEMOCRACY AS WE KNOW
IT, AND THIS WILL RESULT IN THE END OF DEMOCRACY IN AMERICA!

## STATEMENT OF THE ISSUES

THE BANK OF AMERICA, THE ZION BANK, NATIONSTAR MORTGAGE, THE
TRUSTEE CORPS, SENACA SERVICING, ROBINSON TAIT, AKERMAN, QUINNEY
NEBEKER, POOR ROTH AND ROBINSON AND RCO LEGAL THE DEFENDANTS DID
CIVIL AND CRIMINAL CONSPIRACY AND DID NEGIGENTLY, WILLFULLY,
CONTRACTUALLY, MALICIOUSLY, AND OTHERWISE ARE LEGALLY RESPOSIBLE

FOR THE EVENTS AND HAPPENINGS THAT RESULTED IN THE WRONGFULL
FORCLOUSURES OF THE PLAINTIFFS HOMES, THE INTENTIONAL INFLICKTION
OF EMOTIONAL DISTRESS, THE INTENTIONAL INFLICTION OF FINANCIAL
DISTRESS, THE INTENTIONAL INFLICTION OF PHISICAL INJURIES, THE
BAD FAITH MISCONDUCT, THE EXCESSISE CALLOUSNESS, THE CRIMINAL AND
CIVIL RACKETEERING THAT RESULTED IN SUCH EVIL TO BE PLACED UPON
THE KERR FAMILY THAT SUICIDE IS THE ONLY WAY OUT OF THE INTENTION
AL PROBLEMS CAUSED TO CAUSE SUCH GRIEF THAT A PLAINTIFF WHO HAD
4 HEART ATTACKS AND SURGERIES TO REPAIR THE ISSUES BE DEALT A
HAND OF EVIL TO CAUSE SO MANY PROBLEMS THAT THE ISSUES OVERCOME
HIS HEALTH AND KILLS HIM IS JUST INCOMPATIBLE WITH THEEVOLVING
STANDARDS OF DECENCY THAT MARK A JUST AND FAIR SOCIETY. THE
UNITED STATES OF AMERICA IS NO MORE, THE CONSTITUTION IS NO MORE,
JUSTICE IS NO MORE, FREEDOM IS JUST A DREAM, LIKE MARTIN LUTHER
KING SAID, ( INJUSTICE ANYWHERE LEADS TO INJUSTICE EVERYWHERE ).
THE CIRCUMSTANCES AND FACTS OF THE MANY VIOLATIONS OF THE OVERT
ACTS WILL BE GIVEN IN COMMON DESIGN TO PROVE THE SPECIFIC PURPOSE
THE ACTUAL MALICE AND CRIMES WILL BE DOCUMENTED WITH FACTUAL
MATERIALITY AND PROVE THE CRIMES AND PERMIT THE RECOVERY OF THE
DAMAGES, ACTUAL AND PUNITIVE.

## CONCLUSION

THE PLAINTIFFS WILL PRESENT EVIDENSE AND EXHIBITS OF PROOF TO
SUPPORT HIS CLAIMS AGAINST THE DEFENDANTS WITH PARTICULARITY.
THE DEFENDANTS HAVE SHOWN A DELIBERATE INDEFFERANCE TO THE HARM
FULL CONSEQUENCES OF THEIR CIVIL AND CRIMINAL RACKETEERING,
AND THEIR ILLEGAL AND REPREHENSIBLE BAD FAITH MISCONDUCT!
1. BANK OF AMERICA, ZIONS BANK AND NATIONSTAR DID CONSPIRE TO
STEAL THE HOMES OF THE PLAINTIFFS. THEY PAID THE TRUSTEE CORPS,

9

SENACA SERVICING, AND ROBINSON TAIT TO WRONGLY, ILLEGALLY, AND
USE DECEPTIVE PRACTICES TO STEAL THE HOMES IN CONSPIRACY DOING
VIOLATIONS OF THE RICO ACT. AKERMAN NEVADA HANDLES THE NEVADA
HOUSE AND AKERMAN UTAH USES HANDLES THE IDAHO HOUSE, AND THEY
DID COMUNICATE WITH QUINNEY AND NEBEKER TO DO THE OTHER IDAHO
HOUSEAND THEY DID COMUICATE WITH POOR ROTH AND ROBINSON TO DO
VIOLATIONS OF THE RICO ACT, AND THEY ALL COMUNICATED WITH RCO
WHO HAD THE CEO OF BANK OF AMERICA COME DOWN TO IDAHO FALLS TO
WITNESS THE EVICTION AND ILLEGAL SALE OF THE PLAINTIFFS HOUSE.
ALL THE EMAILS THE TEXTS, THE FAXS, AND PHONE CALLS DO PROVE THE
CONSPIRED VIOLATIONS OF THE RACKETEER INFLUENCED AND CORPT
ORGANIZATION ACT CRIMES.  THEY ALL CONSPIRED TO MAKE A UNLAWFULL
ACTIONS INTO LAWFULL RESULTS, LIKE PAYING THE JUDGE TO OVERIDE
A LAWFULL 9 YEAR OLD RECONVEVANCE DEED ETC. THE PLAINTIFFS CAN
PROVE EVERYTHING, BUT DO TO THE CULTURE OF CORUPTION NOTHING HAS
BEEN DONE ABOUT ANYTHING YET. BUT THE PLAINTIFFS HAVE HAD FAIR
JUDGES IN THE PAST AND STILL BELIEVE THAT THERE ARE FAIR JUDGES
THAT ARE ABOVE TAKING PAYOFFS FOR INJUSTICE!

### FIRST COUNT FOR RELIEF

1. THE VIOLATIONS OF THE ANTI-TYING PROVISIONS OF THE BANK HOLD-
ING ACT, 12 U.S.C. 1972 ET SEG. THE BANKS BANK OF AMERICA AND
ZIONS BANK PUT THE PLAINTIFFS MORTGAGE INTO A HOLDING COMPANYS
AND HAD THEM CHANGE THE MORTGAGE CONTRACTS. THIS SCHEME VIOLATES
THE ANTI-TYING PROVISIONS OF THE BANK HOLDING COMPANY ACT, 12 usc
1972 ET SEG, 12 USC 1972(B) STATES THAT THE HOLDING COMPANIES
CANNOT VARY THE SERVICE, THE CONDITIIONS, AND THE REQUIREMENTS
FROM THE ORIGINAL MORTGAGE. THIS RESULTED IN FORCED PLACED
INSURANCE, WRONGFULL FEES, EXCESSIVE COMMISIONS, AND HUGE

INCREASE IN THE MONTHLY PAYMENT THAT WAS UNWARRENTED. WHEREFORE THE PLAINTIFF IS ENTITLED TO 3 TIMES THE DAMAGES SUSTAINED, AND COSTS, PLUS AN INJUCTION BARRING THE DEFENDANTS FROM CONTINUING THEIR UNLAWFULL CONDUCT.

## SECOND COUNT FOR RELIEF

2. VIOLATIONS OF THE RACKETEER INFLUENCED AND CORUPT ORGANIZATION ACT, 18 USC 1962(C). AT ALL TIMES RELEVANT DEFENDANTS WERE EMPLOYED BY AND ASSOCIATED WITH AN ILLEGAL INTERPRISE AND CONDUCTED AND PARTICIPATED IN THAT ENTERPRISE THROUGH A PATTERN RACKETEERING ACTIVITY CONSISTING OF NUMEROUS AND REPEATED USES OF EMAILS AND OTHER COMUNICATIONS TO EXECUTE A SCHEME TO FEDRAUD, ALL IN VIOLATION OF THE RACKETEER INFLUENCED AND CORUPT ORGANIZA-TION ACT, 18 USC 1962(C). THE DEFENDANTS WERE PAID TO EXECUTE THE CRIMES AGAINST THE KERR FAMILY. ALSO THE SMEAR CAMPAIGN, AND THE VIOLATIONS OF THE DECEPTIVE AND UNFAIR PRACTICES ACT ALL TO DESTROY THE KERR FAMILY AND IN VIOLATION OF 18 USC 1341 AND 1343. THE COMMON PURPOSE OF DESTROYING THE KERR FAMILY WAS SO EGGREIOUS THAT ONCE PLAINTIFF DENNIS KERR LET PLAINTIFF TERRY KERR OFF AT A GAS STATION TO GO TO THE BATHROOM WHILE HE FILLED UP WITH GAS, THERE WERE TWO YOUNG WEMON AT THE DOOR ALL EXCITED AT SEEING THE CAR WITH BAG LADY LISENCE PLATES THAT THEY COULD NOT HELP THEM SELVES AND TALKED LOUDLY WITH TERRY KERR STANDING BEHIND THEM, THERE IS A NUMBER YOU CAN CALL IF YOU SEE THE CAR AND THE KERRS AND TELL THE PEOPLE ON THE LINE WHERE THE KERRS ARE CAUSE THEY ARE BEING TRACKED SO THAT SCAMS CAN BE SET UP TO HARM THEM. THE TWO WOMEN CALLED THE NUMBER AND WERE GIVEN A REWARD BY THE DEFENDNATS LAWYERS FOR THE INFORMATION. TERRY CALLED THE NUMBER AND STARTED GIVING THEM FALSE REPORTS TO GET THE REWARD MONEY!

EVERY TIME PLAINTIFF TERRY KERR GOES INTO A EATING PLACE HE
SEES THE PERSON AT THE COUNTER WAINTING ON HIM MAKE A CALL ON
THE HAND HELD PHONE. EVER SINCE HE FILED A COMPLAINT WITH THE
WASHOE COUNTY HEALTH DEPARTMENT CAUSE THE PIZZA HUT IN SPANISH
SPRINGS SERVED HIM BLOODY CHICKEN WINGS, AND THE WASHOE HEALTH
DEPARTMENT CITED THE PIZZA HUT FOR WRONGFULL ISSUES AND MADE THEM
DUE CHECKS ON EVERY PIECE OF CHICKEN COOKED FOR RIGHTFULL TEMPS
THE PIZZA HUT TRYS TO GET VENGENCE AGAINST HIM. THEY PURPOSELY
MAKE A UNEATABLE PIZZA AND PLAINTIFF TERRY KERR TAKES IT BACK
AND WANTS A REFUND FOR THE UNEATABLE PIZZA, THE PIZZA HUT CALLS
THE SHERIFF AND FILES A COMPLAINT AGAINST HIM. THE SHERIFF DOES
NOT ASK FOR THE PLAINTIFFS SIDE OF THE STORY AND NEVER WILL,
CAUSE OF THE REWARD MONEY FOR HIS DEATH AND DESTRUCTION OFFERED
BY BANK OF AMERICA LAWYERS. IN BILLINGS MONTANA THE LAWYER FOR
BANK OF AMERICA PAID THE HOSPITAL TO KILL HIM. HE SURVIVED AND
DID FILE SUIT. THE BANK OF AMERICASETTLED WITH HIM. HE ALSO WON
A LAWSUIT AGAINST BANK OF AMERICA FOR WRONGFULL FEES ETC, BUT
WHEN BANK OF AMERICA CEO BRRIAN MOYIHAN FOUND OUT HE ORDERED THE
DESTRUCTION OF TERRY KERR, BRIAN MOYIHAN PERSONALLY FLEW HIS
JET TO IDAHO FALLS, IDAHO AND WENT TO THE SHERIFFS OFFICE TO
COMPLAIN THAT THEY WERE NOT EVICTING TERRY KERR FAST ENOUGH
AND DOING THE JUDICIALLY ORDERED SALE OF HIS HOUSE FAST ENOUGH.
ALSO THERE WERE SUITS WITH HIM. SO NOW EVERY WHERE HE GOES AND
HIS WIFE AND CHILDREN ARE SUBJECTED TOEVIL ACTS. HIS WIFE WAS
STOPPED IN WALL MART AND SEARCHED EVERY TIME SHE WENT THERE.
A MAN BEHIND HER WITH 4 LITTLE CHILDREN AT WALL MART CHECK OUT
COUNTER SAID ( SEE, SEE WHAT HAPPENS IF YOU DON'T TAKE BATHS),
AND WALMART EMPLOYEES CALLED HER A VOODOO PRIESTIST. THIS LAST

SHE SAID THAT SHE WISHED SHE WERE NOT BLACK. YOU SEE THERE IS ALSO A REWARD FOR THE DEATH OF TERRY KERR'S WIFE AND CHILDREN BY BANK OF AMERICA. TERRY KERR'S SON IS CALLED STUPID AT THE HIGH SCHOOL HE GOES TO BY THE BAND TEACHER AND IS THE ONLY ONE THAT GETS A F IN CLASS. TERRY KERR'S WIFE WHO IS 60 YEARS OLD GETS CHECKED AT A CASINO FOR BEING A HOOKER, AND IS TOLD THAT PROSTITUTES CANNOT BE IN THE CASINO AND ALSO IS NOT ALOWED TO HAVE A DRINK. THE BANK OF AMERICA LAWYERS GET MORE PAY IF THEY CAUSE A DEATH TO THE PLAINTIFFS FAMILY, AND DEATH BY SUICEDE IS THE PERFERRED ACT OF THE EVIL VILLIANS.

THE DEFENDANTS AT ALL TIMES RELEVANT WERE EMPLOYED BY OR ASSOCIATED WITH THE ILLEGAL INTERPRISE AND CONDUCTED AND DID PARTICIPATE THROUGH A PATTERN OF RACKETEERING ACTIVITY CONSISTING OF NUMEROUS AND REPEATED COMUNICATIONS TO EXECUTE A SCHEME TO HARM THE PLAINTIFFS AND FAMILY MEMBERS AND USED WIRE COMUNICATION TO DO SO. ALL IN VIOLATION OF RICO 18 USC 1962 (C). THE COMMON PURPOSE WAS TO CAUSE THE PLAINTIFF TERRY KERR SOMUCH GRIEF AND MISERY AND PAIN THAT THE STRESS FROM IT ALL WOULD GIVE HIM A 5th HEART ATTACK. KING HERROD(DBA BRIAN MOYIHAN) WANTS TERRY KERR'S HEAD ON A PLATE AT HIS BANQUET PARTY. THE KERR FAMILY HAS SUFFERED AT THE HANDS OF THE UNSCRUPULOUS AND EGRIECIOUS VILLIANS AND THE EMAILS FROM THE DIFFERNENT LAW FIRMS, AND THE PHONE CALLS, AND THE TEXTS FROM THE DEFENDANT LAWFIRMS WILL PROVE THE CALLOUS SMEAR CAMPAIGN AND THE ACTUAL MALICE INVOLVED AND THE PAYMENTS FROM THE LAWYERS TO THE VILLIANS INVOLVED! wherefore the plaintiffs demand judgement against the defendants FOR COMPENSATORY DAMAGES, INJUNCTIVE AND DECLARATORY RELIEF, COSTS, AND ANY OTHER RELIEF AS THE COURT DEEMS JUST AND PROPER.

### THIRD COUNT FOR RELIEF

3 THE THIRD COUNT FOR RELIEF IS THE VIOLATIONS OF THE SEVICE MEMBERS CIVIL RELIEF ACT,(50 USC APP. 501-596) SCRA, AND ALSO SECTION 2203 OF THE HOUSING ECONOMIC RECOVERY ACT OF 2008 (HERA) PUB L. 110-289, 122 STAT. 2654 (2008) AND UPDATED SECTIONS OF THE SCRA TO PROVIDE ADDITIONAL RELIEF TO SERVICE MEMBERS. THE NEW MODIFICATION LOAN THAT WAS TO LOWER THE PAYMENT ABOUT 300 DOLLARS PER MONTH, WAS ALTERED BY BANK OF MAERICA TO THE NEW PAYMENT OF 2950 DOLLARS, AN INCRASE OF MORE THAN 1500 DOLLARS PER MONTH AND THEN THE BANK OF AMERICA SAID THAT DENNIS KERR SIGNED THE AGREEMENT IN IRAQ. HE WAS DEPLOYED TO THE IRAQ WAR DOING A TOUR OF DUTY. THE BANK OF AMERICA SAID THAT THE PAPERS TO THE NEW MODIFICATION AGREEMENT WERE SIGNED BY DENNIS KERR IN IRAQ AND HE AGREED TO THE NEW 2950 DOLLAR MONTHLY APYMENT, THAT WAS MORE THAN HE MADE. PLUS HOW COULD HE HAVE SIGNED A PAPER IN IRAQ, THIS WAS NOT POSSIBLE THERE WAS NOT ANY INTERSTATE OR FOREGIGN WIRE OR MAIL ALOWED IN THE WAR ZONE. THIS WAS FRAUD AND TORTIOUS INTERFERENCE WITH A BUSINESS RELATIONSHIP. THIS WAS ANOTHER EXAMPLE OF THE PLAINTIFFS CLAIMS UNDER THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT 18 USC 1962(D) AND 18 USC 1964. COUPLED WITH THE VIOLATIONS OF THE SERVICE MEMBERS CIVIL RELIEF ACT AND THE HOUSING ECONOMIC RECOVERY ACT OF 2008. THE PLAINTIFFS CAN PROVE THE ACTUAL VIOLATIONS AND THEREFORE CAN GET RELIEF FOR ACTUAL DAMAGES, COMPENSATORY DAMAGES, PUNITIVE DAMAGES, AND DAMAGES FOR RICO CATIONS VIOLATIONS.

### FOURTH CLAIM FOR RELIEF

4. THE PLAINTIFFS SUFFERED INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AND RECKLESS NEGLIGENT INFLICTION OF EMOTION DISTRESS.

THE PLAINTIFF CAN ESTABLISH THAT THE DISTRESS WAS EXTREME AND OUT

REAGEOUS CONDUCT WITH THE INTENTION OF RECKLESS DISREGARD FOR

CAUSING EMOTIONAL DISTRESS, AND THE PLAINTIFF HAVING SUFFERED

SEVERE AND EXTREME DISTRESS AND CAN PROVE THE ACTUAL CAUSATION AS

IN ( STAR V. RABELLO, 97 NEV. 124, 125, 625 P2d 90, 91,92 (1981).

THE 3 HOUSING TRUSTEE SALES WERE DONE INTENTIONALLY AT THE SAME

TIME AND CONSPIRED BY THE BANKS WITH THERE LAWYERS TO CAUSE HARM

TO THE PLAINTIFFS AND HOPEFULLY MAKE THE PLAINTIFF HAVE A 5th

HEART ATTACK AND THUS GET THE REWARD OFFERED BY BANK OF AMERICA

CEO FOR THE DEATH AND DESTRUCTION OF PLAINTIFF TERRY KERR AND HIS

FAMILY. THIS CONSTITUTED CIVIL CONSPIRACY WITH THE DEFENDANTS

LAWYERS AND THE BANKS AND THE SERVICE COMPANIES TO DO THE CON-

SPIRED ILLEGAL TRUSTEE SALES IN UNISON. AT THE BOTTOM OF THE

TRUSTEE SALE DATE IS SAYS ( QUOTE) IF THE TRUSTEE IS UNABLE TO

CONVEY THE TITLE FOR ANY REASON, THE SUCCESSFUL BIDDERS SOLE AND

EXCLUSIVE REMEDY SHALL BE THE RETURN OF MONIES PAID TO THE TRUS-

TEE AND THERE IS NO OTHER RECOURSE. THIS IS BECAUSE THEY DID THE

ILLEGAL FORCLOSURE TRUSTEE SALE BEFORE AND WERE SUED BY THE SUCC-

essfull bidder when they could not provide deed to the property

CAUSE THERE WERE LIS PENDANS COURT LIENS ON FILE AT THE CLERK OF

THE COURT OFFICE. THE UNLAWFULL SALE THAT WAS DONE BY ADVERTIZING

IN THE PAPER SO THE PLAINTIFFS WOULD NOT KNOW ABOUT THE SALE AND

THE UNLAWFULL FORECLOSURE PROCEEDINGS DONE WITH FRAUDULENT AND

MISREPRESENTATION CONCEALMEANT, WAS A BREECH OF THE MODIFICATION

AGREEMENT BY COUNTYWIDE HOMES, THEN ACQUIRED BY BANK OF AMERICA

BY CIVIL CONSPIRACY WITH THE TRUSTEE COMPANIES. THE BANK OF AMER-

ICA TOLD OTHER BANKS AND OTHER TRUSTEE COMPANIES TO DO ACTUAL

MALICE TO THE PLAINTIFFS AND TO DO ILLEGAL TRUSTEE SALES TO CAUSE

THE PLAINTIFFS HARM. THESE INFERENCES FROM THE PROVEN FACTS DO

SHOW THE CONSPIRACY TO MAKE THE PLAINTIFF SUFFER FROM ALL THE
ILLEGAL AND FRAUDULENT ACTIONS CAN BE PROVEN AND IT IS AXIOMATIC
THAT TRUTH IS A COMPLETE DEFENSE TO A CIVIL ACTION FOR LIBEL, AND
DEFAMEATION OF CHARACTER, AND INTENTIONAL INFLICTION OF EMOTIONAL
DISTRESS. THE DEFENDANTS MADE FALSE AND DEFAMITORY STATEMENTS
ABOUT THE PLAINTIFFS AND DID CONSPIRE THESE FALSE STATEMENTS AND
DID CONSPIRE FRAUDULENT ACTIONS, AND ALL CAN BE PROVEN.ALSO THE
TELLING OF THE BANK OF AMERICA TO THE OTHER DEFENDANTS TO DESTROY
THE PLAINTIFFS BY ANY MEANS AND HAVINF THE CREDIT REPORTING COM-
PANIES DO FALSE STATEMENTS TO MAKE THIER REPUTATIONS INJURED AND
TO SUFFER FROM ALL THE CREDIT CALLS FROM BOGUS MANUFACTURED LOANS
AND EVEN THE 497 CALLS FROM A PHARMISUTICAL COMPANY FOR VIAGRA
SHOWS THE CONSPIRED ACTIONS FOR THE PLAINTIFFS REPUTATION TO BE
DAMAGED AND ALL THIS AMLICE AND SMEAR CAMPAIGN DID CAUSE THE
STRESSFUL AND EMOTIONAL DISTRESS THAT CAN BE RELATED TO THE
CAUSATION OF THE EMOTIONAL DISTRESS AND LIBEL SLANDERING MUST BE
GRANTED A FAVORABLE INFERENCE. ONLY PRESIDENT OBAMA AND JESUS
HAVE BEEN MORE SMEAR CAMPAIGNED. THE PLAINTIFFS CAN PROVE THAT
DEFENDANTS DID COMMUNICATE INFORMATION TO OTHERS AND THAT THE
COMMUNICATED INFORMATION WAS DEFAMATORY. SO THE PLAINTIFFS ARE
ASKING FOR PUNITIVE DAMAGES, ACTUAL DAMAGES, COMPENSATORY DAMAGES
FOR THIS OUTREAGEOUS CONDUCT DONE INTENTIONALLY AND OR RECKLESSLY
TO HARM THE PLAINTIFFS.

### FIFTH CLAIM FOR RELIEF

5 BREECH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING.
A COVENANT OF GOOD FAITH AND FAIR DEALING IS IMPLIED IN EVERY
CONTRACT AND IMPOSES UPON EACH PARTY A DUTY OF GOOD FAITH AND
FAIR DEALING IN ITS PERFORMANCE. COMMON LAWS CALLS FOR SUBSTAN-

TIAL COMPLIANCE WITH THE SPIRIT, NOT JUST THE LETTR, OF A CON-
TRACT IN ITS PERFORMANCE.WHERE THE AGREEMENT AFFORDS ONE PARTY
THE POWER TO MAKE ILLEGAL MODIFICATIONS AND HAS THE ILLEGAL
MODIFICATION SIGNED BY A FRAUDULENT SIGNER ALEDGEDLY DONE IN A
WAR ZONE, IT LIKE SAYING A PERSON WHO DIED 3 YEARS AGO TODAY DID
SIGN A NEW NOTE TO THE MORTGAGE COMPANY. THIS IS A COMPLETE
AFFRONT TO THE JUSTICE AND LEGAL SYSTEM.

THEREFORE THE PLAINTIFFS ARE ALOWED COMPENSATORY DAMAGES AS WELL
AS INJUNCTIVE RELIEF PREVENTING FUTHER VIOLATIONS AND THE PLAIN-
TIFFS WILL FILE MOTION FOR INJUNCTIVE RELIEF AND FOR RESTRAINING
ORDERS. THE PLAINTIFFS ARE ENTITLED TO PUNITIVE DAMAGES BECAUSE
THE DEFENDANTS ACTED IN BAD FAITH AND MISCONDUCT TO BREECH THE
FIDUCIARY OBLIGATIONS AND DID DELIBERATE ACTS OF BAD FAITH DONE
IN RECKLESS AND INTENTIONAL DISREGUARD OF THE PLAINTS RIGHTS.

<u>SIXTH CLAIM FOR RELIEF</u>

6. TORTIOUS INTERFERENCE WITH A BUSINESS RELATIONSHIP. THE BANK
OF AMERICA DID STEAL THE QBE INSURANCE CHECK AND DID NOT PAY
FOR THE DAMAGES THAT QBE HAD ALOWED TO BE PAID AND THE HOUSE SAT
VACANT FOR YEARS BECAUSE OF THE STEALING OF THE CHECK AND THE
FAILURE TO PAY FOR THE DAMAGES ALOWED. THE PLAINTIFF TERRY KERR
DID CALL THE BANK OF AMERICA 187 TIMES TO GET THE BANK OF AMERICA
TO PAY THE CONTRACTOR TO GET THE REPAIRS DONE. THE STRESS FROM
THIS CAUSED THE PLAINTIFF TO HAVE A HEART ATTACK, WHICH WAS THE
PURPOSE OF THE STEALING OF THE CHECK AND THE INTENTION OF THE
DEFENDANT BANK OF AMERICA. IT USED TO BE THAT CONSPIRACY TO
MURDER WAS A CRIME BUT NOT ANYMORE. DO TO THE CULTURE OF CORPTION
THE CONSPIRACY TO MURDER IS A TOOL IN THE CORPORATE BOX. MORE
PEOPLE DIED FROM HEART ATTACKS AND SUICIDES FROM THE BANK OF

AMERICA STEALING THEIR HOME THREW DEFECTICE PRACTICES AND FRAUD
AND AS THE COMPTROLLER OF CURRENCY FOR NATIONAL BANKS N.A. SAID
TO PLAINTIFF DENNIS KERR WHEN THEY MADE BANK OF AMERICA DO A
FORCED PAYMENT TO HIM ( BECAUSE OF DEFISTIONCIES AND WRONGFULL
PRACTICES IN THE FORCLOUSURE PROCESS BY BANK OF AMERICA YOU ARE
AWARDED A CASH PAYMENT, THE CASE WAS DONE BY THE IDEPENDANT FOR-
CLOSURE REVIEW BOARD, DONE WITH THE FEDERAL RESERVE BOARD.)
CITING 15 USC 1962(C)PROHIBITS COMMUNICATIONS, 1962(D)prohibits
HARRASSMENT AND ABUSE, 1962(E)PROHIBITS FALSE AND MISLEADING
REPRESENTATIONS, 1962(F) PROHIBTS UNFAIR PTACTICES,AND !¢(@(G)
REQUIRING VAIDATION OF DEBTS WERE ALL ILLEGALLY DONE BY THE
DEFENDANTS IN VIOLATION OF THE LAWS. THE DECISION TO STEAL THE
INSURANCE CHECK WAS ALSO MOTIVATED BY RACIAL ANIMUS AND CONSTI-
TUTES A HATE CRIME. THE BANK OF AMERICA LIED TO THE PLAINTIFFS
FOR MONTHS AND TOLD OTHERS THAT THE PLAINTIFFS WERE MAKING UP
THE STORY OF THEM STEALING THE INSURANCE CHECK AND PUT WRONFULL
INFORMATION ABOUT THE ILLEGAL ACTION ON THE CREDIT REPORT ETC.
THE WRONGFULL INFORMATION WAS TOLD TO THE PLAINTIFF FOR MONTHS
THE EGREGIOUS AND DEFAMEATORY LIES WENT ON FOR MONTHS AND THIS
COMUNICATION OF CONSPIRED LIES AND CIVIL RACKETEERING DID CAUSE
THE PLAINTIFF TERRY KERR TO HAVE A HEART ATTACK, THE PLAN BY THE
RACKETEERING BANK OF AMERICA TO CONTRAVENE THE REASONABLE EXPEC-
TATION OF THE OTHER PARTY. THIS IS A CLEAR VIOLATION THAT CAN BE
PROVEN AND ENTITLES THE PLAINTIFF TO ACTUAL DAMAGES, COMPENSATORY
DAMAGES, PUNITVE DAMAGES, AND ANY OTHER DAMAGES THAT THE COURT
MAY DEEM APPROPRIATE.

### SEVENTH CLAIM FOR RELIEF

7. VIOLATIONS IN THE TRUTH AND LENDING ACT, TILA PROTECTS THE
CONSUMERS FROM FRAUD, DECEPTION, AND ABUSE WITHIN THE RESIDENTIAL

SECURED LENDING MARKETPLACE BY MANDATING THAT LENDERS DISCLOSE
CERTAIN INFORMATION TO BORROWERS.MCOMIE-GREY V. BANK OF AMERICA
HOME LOANS, 667 F3d 1325, 1327 (9th CIR (2012). THE THE TIME THE
TILA CLAIM FOR DAMAGES IS ONE YEAR. ALL THE WRONGFULL ANDILLEGAL
FORCLOSURES HAPPENED IN THE LAST 30 DAYS.15 USC 1640 (E). THERE
IS FRAUDULENT CONCEALMENT AND MISREPRESENTATION, IMPROPER ASSIGN-
MENT, BREECHES OF MODIFICATION AGREEMENTS, DECEIVING THE HOME
OWNERS, CONSURMER FRAUD, AND THIS CALLOUS DISREGUARD FOR WHAT
THEY ARE TELLING THE HOME OWNERS CLEARLY ARE VIOLATIONS IN THE
TRUTH AND LENDING ACT TILA. THE DEFENDANTS DID CONSPIRE THESE
VIOLATIONS IN CONCERT AND THEREFORE THE PLAINTIFFS ARE ENTITLED
TO ACTUAL DAMAGES, COMPENSATORY DAMAGES, PUNITIVE DAMAGES AND
ANY OTHER DAMAGES THAT THE COURT MAY AWARD.

<u>EIGHT CLAIM FOR RELIEF</u>

8. VIOLATIONS OF THE RACKETEER INFLUENCED AND CORPT ORGANIZATION
ACT INCLUDE BUT NOT LIMITED TO, MISREPRESENTATIONS IN NOTICES AND
OTHER DOCUMENTS, DECEPTIVE AND UNFAIR VIOLATIONS IN THE FORCLO-
SURE PROCESSES, VIOLATIONS OF THE DECEPTIVE AND UNFAIR PRACTICES
LAWS, VIOLATIONTIONS OF THE ANTI-TYING PROVISIONS, FAILING TO
DISCLOSE THE KICKBACKS AND CASH FOR DEATH PAYMENTS ETC., THE
DIRECT CONTRAVENTION OF ANTI-COERCION DISCLOSURES, THE PAYING OF
KICKBACKS AND ILLEGAL PAYMENTS TO THE SERVICERS AND LAWYERS TO
CAUSE INJUIES TO THE DEFENDANTS,(LIKE THE PAYMENTS TO THE VILLIAN
TO DO THINGS LIKE, PUT PLAINTIFFS SOCIAL SECURITY FUNDS INTO SOME
ONE ELSES ACCOUNT, REPEATEDLY, PAYING VILLIANS TO DO THINGS LIKE
MAIL FRAUD AND MAIL THEFT, PAYING VILLIANS TO DO CRIMINAL CONSPI-
RACY TO MURDER. THE PLAINTIFFS MOTORCYLE AFTER A 1000 MILE CHECK
UP DID NOT HAVE ANY TRANSMITIONS FLUID IN IT. SO IF THE PLAINTIFF

WOULD HAVE DRIVEN IT THE TRANSMITION WOULD HAVE LOCKED UP AND THE
DRIVER WOULD HAVE WRECKED, THE DEFENDANTS PAID FOR ABUSE OF DIS-
CRETION AND JUDICIAL MANIPULATION, THE DEFENDANT BANK OF AMERICA
DID A SETTLEMENT WITH TERRY KERR FOR PAYING A DOCTOR AND A NURSE
TO KILL HIM, THIS UNLIMITED POWER WITH NO SUPERVISION IS ARESULT
OF THE CULTURE OF CORPTION, WHERE THOSE WHO HAVE THE GOLD RULE,
LIKE BACK IN KING HERROD DAYS WHERE HE HAD JOHN THE BABTIST
KILLED AND HIS HEAD PUT ONTO A PLATTER AT THE BANQUET PARTY. NOW
THE CEO OF BANK OF AMERICA IS PAYING VILLIANS TO MURDER THE PLAIN
TIFFS AND THERE FAMILY MEMBERS AND HAS BOUGHT OFF LAW ENFORCEMENT
AND PROSECUTORS AND POLITIANS. THE KERRS JUSTICE BANK ACCOUNT
IS BANKRUPT, AND THE CHECK FOR DAMAGES LABELED INSUFFICIENT FUNDS
AND THE PLAINTIFF TERRY KERR HAS BEEN SO SMEAR CAMPAIGNED THAT
PEOPLE ON THE STREET SAY TO HIM QUOTE ( HOWS HELL). WELL, MARTIN
LUTHER KING JR, SAID QUOTE( INJUSTICE ANYWHERE IS A THREAT TO
JUSTICE EVERYWHERE,) FOR IF A PERSON WHO STANDS UP FOR JUSTICE
CANNOT GET JUSTICE THEN DEMOCRACY HAS FAILED AND WE THE PEOPLE IS
NO MORE, IT IS WE WHO HAVE THE GOLD RULE, THE NEXT GOLDEN RULE!

<u>NINTH CLAIM FOR RELIEF</u>

9. THE NINTH CLAIM FOR RELIEF IS FOR DAMAGES CAUSED TO THE
PLAINTIFF BY THE DEFENDANTS AND THE PEOPLE PAID TO DO THE PERSON-
AL INJURIES TO THE PLAINTIFF. THE INJURIES CAUSED BY THE DEFEN-
DANTS AND PAYED TO THE VILLIANS TO DO THE INJURIES BOTH PHYSICAL
AND EMOTIONAL ARE NOW EXCEEDING THE$650,000,00 DOLLAR AMOUNT.
IT USED TO BE AGAINST THE LAW TO PAY PEOPLE TO HURT OTHER PEOPLE,
IT USED TO BE AGAINST THE LAW TO PAY PEOPLE TO CAUSE OTHER PEOPLE
EMOTIONAL GRIEF AND STRESS, IT USED TO BE CALLED A HIT CONTRACT
TO PAY SOMEONE TO MURDER ANOTHER PERSON THROUGH MALICE AND EGREG-
ious conduct, the plaintiffs little boy was injured 34 TIMES AT

a public school and never once was anthing ever done about it.
THE PLAINTIFFS SON WENT TO THE EMERGENCY WARD 27 TIMES WITH
FOOD POISONING. THERE WAS NOT EVEN AN EVESTIGATION. AT LEAST WHEN
THEY DID IT IN WASHOE COUNTY THE HEAKTH DEPARTMENT DID DO AN
INVESTIGATION,AND MADE THE VIOLATERS DO THE RIGHT THING. WELL
WHEN ABNK OF AMERICA FOUND OUT ABOUT OUR MOVE TO THE RENO AREA
THEY DID THE SAME THINGS AS THE OTHER PLACE, AND NOW THERE IS A
COMPLAINT FILED WITH THE HUMAN RIGHTS PEOPLE AND THE SCHOOL IS
HELPING SOLVE THE ISSUES THERE, BUT THE JUSTICE SYSTEM DID NOT
EVEN SEND THE PAPERS TO THE PLAINTIFF TERRY KERR,THEN THE JUDGE
SAYS OH IT WAS AN ERROR AND THE PAPERS WILL BE SENT TO YOU, THEN
THE COURT PUT THE WRONG POSTAGE ON THE PAPERS BEING SENT TO DELAY
AND THE PLAINTIFF DID NOT RECIEVE THE PAERWORK FROM THE COURT
TILL AFTER THE DATE DUE HAD EXPIRED. THEN THE CASE WAS DISMISSED
AND THE PLAINTIFF TERRY KERR WAS NOT SENT NOTICE OF THAT SO THERE
COULD BE AN APPEAL. ETC ETC ETC ETC ETC ETC ETC. SO THERE IS NOT
MUCH CHANCE FOR THE PLAINTIFFS TO RECIEVE JUSTICE IS A WORLD
WHERE THE CULTURE OF CORUPTION LIVES, AND THOSE WHO HAVE THE GOLD
RULE. THERE IS 62 PEOPLE WHO OWN HALF OF THE WORLD AND HAVE MADE
THEMSELVES GODS AND RULE WITH UNLIMITED POWER AND FEAR NO KIND
OF CONSEQUENCES FROM THE VIOLATIONS OF LAWS, RULES OR MORALS
IT WILL BE TIME FOR JESUS TO COME. THE WORLD NEEDS FIXING, BUT
TO STAND UP FOR THE TRUTH ONLY GETS YOUR LITTLE BOY INJURED 34
TIMES AT A PUBLIC SCHOOL AND NOTHING IS EVER DONE ABOUT IT. MY
LITTLE BOY SAID HE WISHED HE WAS NEVER BORN, AND WHEN I ASKED
HIM WHY HE SAID THAT HE REPLYED, THEN THEY COULD NOT HURT ME ANY
MORE! THAT LETTER WAS SENT TO THE JUSTICE DEPARTMENT, SENATORS,
CONGRESSMEN, GOVERNORS, THE SUPERINTENDANT OF SCHOOLS,ETCETCETC.
AND NOBODY EVER DID ANYTHING ABOUT ANYTHING. BEING A BLCK CHILD

IN THE UNITED STATES OF AMERICA in 2016, IS THE SAME AS BEING A
BLACK CHILD IN THE UNITED STATES OF AMERICA IN 1860! THERE IS
NO MORE WE THE PEOPLE, BY THE PEOPLE, AND FOR THE PEOPLE. IT IS
ABOUT WE THE CORPORATIONS FOR THE CORPORATIONS AND FOR THE RICH
PEOPLE, THE NEW GOLDEN RULE IS WE WHO HAVE THE GOLD RULE. THE
BANK OF AMERICA IS OWNED BY A SAUDIA ARABIAN KING AND HAS PLUNDER
ER THE UNITED SATES OF AMERICA FOR YEARS WITH DOMESTIC TERRISM
THERE IS THE 20 BILLION DOOLAR FINE FOR THE HOUSING SCAM, THERE
IS THE 580 MILLION DOLLAR FINE FOR THE ILLEGAL FEES SCAM, THERE
IS THE 380 MILLION DOLLAR FINE FOR THE SERVICE MEMBERS HOUSEING
SCAM, THERE IS THE 490 MILLION DOOLARS PAYOUT FOR THE INSURANCE
SCAM, AND NOT ONE PERSON EVER WENT TO JAIL, BUT MORE PEOPLE DIED
FROM ILLEGAL MORTGAGE FORCLOSURES FROM SUICIDE AND HEALTH
RELATED PROBLEMS CAUSED BY THE SCAMS THAN THE SOLDIERS THAT DID
DIE IN THE IRAQ AND AFIGANISTAN WARS. IT WAS THE SAUDIE ARABIA
TERRISTS WHO FLEW THE PLANES INTO THE NEW YORK BUILDINGS, NOT
PEOPLE FROM IRAQ, YOU CAN'T OWN PROPERTY IN SAUDIA ARABIA, BUT
THE SAUDIA ARABIA KING WHO OWNS BANK OF AMERICA CAN STEAL MANY
THOUSANDS OF HOMES FROM THE UNITED STAES CITIZENS WITHOUT ANY
FEAR OF WRONDOING. WHY IS THIS? WHAT CAN BE DONE? WELL, ANYWAY
DUE TO THE DAMAGES CAUSED BY THE DEFENDANTS AND THE PEOPLE TAKING
THE MONEY TO HARM US, THE PLAINTIFFS ARE ENTITLED TO THE AWARD
OF DAMAGES, AND COMPENSATORY DAMAGES, AND PUNITIVE DAMAGES , AND
MEDICAL DAMAGES AND ANY OTHER DAMAGES THAT THE COURT MAY DECIDE.
AND ANY OTHER RELIEF AS THE COURT DEEMS JUST AND PROPER!

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF PRAYS FOR JUDGEMENT AGAISNT THE
DEFENDANTS AS FOLLOWS:

A. THE PLAINTIFF DEMANDS JUDGEMENT AGAINST THE DEFENDANTS AND

AWARDING DAMAGES SUSTAINED BY THE PLAINTIFF AS A RESULT OF THE VIOLATIONS AND BREECHES OF LAWS AND RULES. AND ASKS THE COURT TO STOP THE DEFENDANTS FROM THE CONTINUING RACKETEERING AND CIVIL CRIMES.

B. FOR THE AWARDING OF THE PLAINTIFFS DAMAGES, INJUNCTIVE RELIEF, DECLARATORY RELIEF, FEES AND COSTS OF THE SUIT.

C. THE AWARDING OF DAMAGES SUSTAINED AS A RESULT OF THE CIVIL AND CRIMINAL RACKETEERING AND TORTIOUS INFERENCE.

D. AWARDING COMPENSATORY DAMAGES AND TRBLRE DAMAGES, AND COSTS AND FEES UNDER THE RICO STATUE.

THE AWARDING OF DAMAGES FOR MEDICAL BILLS, EMOTIONAL BILLS, AND FOR PAST AND FUTURE MEDICAL BILLS FOR PROBLEMS CAUSED BY THE DEFENDNATS IN THIER CONSPIRED CRIMINAL AND CIVIL RACKETEERING ENTERPISE.

e. FOR A WRIT OF ATTACHMENT, WRIT OF GARNISHEMNT, WRIT OF POSSESSION ATTACHING, AND REAL PROPERTY OWNED BY THE DEFENDANTS.

H. DAMAGES EXCEED $30 MILLION DOLLARS.

F. FOR POST JUDGEMENT INTEREST ON THE INTIRE JUDGEMENT TO BE DETERMINED AT A JURY TRIAL, AT THE LEGAL RATE.

G. FOR SUCH OTHER AND FUTHER RELIEF AS THE COURT MAY DEEM APPROPRIATE IN THE PREMISES.

DONE AND DATED THIS 19th DAY OF JANUARY, 2016.

BY PRO-SE PLAINTIFF DENNIS KERR _Dennis Kerr_

BY PRO-SE PLAINTIFF TERRY KERR _Terry Kerr_

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT A COPY OF THE AMENDED COMPLAINT WAS SENT TO DEFENDANT BANK OF AMERICA AT THE FOLLOWING ADDRESS:

AKERMAN LLP, 1160 TOWN CENTER DRIVE, SUITE 330 LAS VEGAS, NEVADA

89144 ON THIS 19th DAY OF JANUARY, 2016. THE OTHER DEFENDANTS
WILL BE SERVED BY A PROCESS SERVER WITH THE SUMMONS AND THE
COMPLAINT AS SOON AS POSSIBLE. THANK YOU FOR YOUR TIME AND
CONCERN IN THIS MATTER.

DONE AND DATED THIS 19TH DAY OF JANUARY, 2016.

BY PRO-SE PLAINTIFF DENNIS KERR *Dennis Kerr*

BY PRO-SE PLAINTIFF TERRY KERR *Terry Kerr*

24